UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF F. WOLINSKI, | Case No. 2:25-cv-1202-DJC-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| J. MOECKLY, *et al.*, | |
| Defendants. | |

Plaintiff has filed a motion seeking additional time to file his certified trust account statement. ECF No. 8. Plaintiff's trust statement has already been filed, *see* ECF No. 5, therefore, this motion is DENIED as moot.

IT IS SO ORDERED.

Dated:   June 10, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1