UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF F. WOLINSKI, | Case No. 2:25-cv-1202-DJC-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| J. MOECKLY, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 21, 2025, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. The Court observes that this procedure is sufficient to constitute notice to the Plaintiff of the potential disqualification under 28 U.S.C. 1915(g) as required by *Andrews v. King*, 398 F.3d 1113, 1120. Plaintiff has not filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The Magistrate Judge's conclusions of law

1

are reviewed *de novo*. See *Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 21, 2025, are adopted in full;

2. Plaintiff's application to proceed in forma pauperis, ECF No. 2, is DENIED and plaintiff is directed to tender the filing fee within thirty days of this order; and

3. This matter is referred back to the assigned Magistrate Judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated:   **June 24, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE